USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

**SCARA-MIX, INC., et al.,**

                                **Plaintiffs,**

        -against-

**EASTERN CONCRETE MATERIALS, INC., et al.,**

                                **Defendants.**

----------------------------------------------------------------X

**19-CV-04087 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In light of the parties' modified internal discovery deadlines, the status letter previously due March 3, 2020, shall be due April 10, 2020. The letter should address the status of discovery and outline any outstanding disputes. All other deadlines remain.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      March 5, 2020
              New York, New York