UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SCARA-MIX, INC., et al.,

                              **Plaintiffs,**                      19-CV-04087 (SN)

                -against-                              **ORDER**

EASTERN CONCRETE MATERIALS, INC., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      By Order dated April 21, 2020, the parties were to submit a status letter within one week of any mediation, or by June 1, 2020, if no mediation had occurred before then. To date, the parties have not filed a letter. The parties are directed to file a joint letter within one week of this order updating the Court as to the status of mediation. If the mediation was unsuccessful, the parties are directed to meet and confer and should note in their letter whether any party intends to move for summary judgment and propose a briefing schedule accordingly.

**SO ORDERED.**

                                                                 _____
                                                                SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      June 16, 2020
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2020