USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SCARA-MIX, INC., et al.,

                      Plaintiffs,

    -against-

EASTERN CONCRETE MATERIALS, INC., et al.,

                      Defendants.

-----------------------------------------------------------------X

19-CV-04087 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the final report of the mediator advising the Court that that the court-ordered mediation in this case was held and agreement was reached on all issues, it is hereby ORDERED that this action is dismissed with prejudice and without costs to either party, but without prejudice to restoration of the action to the calendar of the undersigned if settlement is not achieved within thirty (30) days of the date of this Order. If a party wishes to reopen this matter or extend the time within which it may be settled, the party must make a letter application before this thirty (30)-day period expires.

**SO ORDERED.**

                                        _____
                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:     August 14, 2020
               New York, New York